# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QUADRANT EPP USA, INC., et al., | : | CIVIL ACTION |
| Plaintiffs | : | |
| | : | |
| v. | : | NO. 06-356 |
| | : | |
| MENASHA CORPORATION, | : | |
| Defendant | : | |

## O R D E R

**AND NOW,** this   30th     day of September, 2010, after a bench trial in this action and careful review of the transcripts and the briefs of the parties, and in accordance with my findings of fact and conclusions of law, judgment is hereby entered on behalf of the defendant and against the plaintiffs.

BY THE COURT:


 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.